B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Massachusetts | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sandrine's Limited Liability Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Sandrine's Bistro** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**04-3335025** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8 Holyoke Street**<br>**Cambridge, MA**<br><div align=right>ZIP Code<br>**02138**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Middlesex** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                          Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Sandrine's Limited Liability Company** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>  Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Sandrine's Limited Liability Company** |

<div align="center">Signatures</div>

<table>
<tr><td>

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

</td><td>

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

</td></tr>
<tr><td>

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

**Alex F. Mattera 641760**
Printed Name of Attorney for Debtor(s)

**Demeo LLP**
Firm Name

**200 State St.
Boston, MA 02109**

Address

**617-263-2600**
Telephone Number

**December 10, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td><td rowspan="2">

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

</td></tr>
<tr><td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Gwyneth B. Trost**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**December 10, 2014**
Date

</td></tr>
</table>

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re    <u>Sandrine's Limited Liability Company</u>            Case No. _____

                           Debtor(s)        Chapter    <u>11</u> _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| A. Russo & Sons, Inc.<br>560 Pleasant Street<br>Watertown, MA 02472 | A. Russo & Sons, Inc.<br>560 Pleasant Street<br>Watertown, MA 02472 | Trade vendor | | 33,890.74 |
| American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | American Express<br>P.O. Box 1270<br>Newark, NJ 07101-1270 | Credit card charges | | 20,397.17 |
| Bato, Inc.<br>261 Newbury Street<br>Boston, MA 02116 | Bato, Inc.<br>261 Newbury Street<br>Boston, MA 02116 | Loan for operating capital | | 123,501.55 |
| Bottom-Line Bookkeeping<br>PO Box 727<br>West Hyannisport, MA 02672 | Bottom-Line Bookkeeping<br>PO Box 727<br>West Hyannisport, MA 02672 | Trade vendor | | 17,491.31 |
| Business Card<br>P.O. Box 15796<br>Wilmington, DE 19886-5796 | Business Card<br>P.O. Box 15796<br>Wilmington, DE 19886-5796 | Credit card charges | | 18,529.86 |
| Captain Marden's<br>279 Linden Street<br>Wellesley, MA 02482 | Captain Marden's<br>279 Linden Street<br>Wellesley, MA 02482 | Trade vendor | | 9,143.39 |
| Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Credit card charges | | 18,670.70 |
| Chantal Rowat<br>17 Brook Street<br>Sherborn, MA 01770 | Chantal Rowat<br>17 Brook Street<br>Sherborn, MA 01770 | Loan for operating capital | | 88,690.42 |
| Cohen, Cohen & Company<br>222 Lewis Wharf<br>Boston, MA 02110 | Cohen, Cohen & Company<br>222 Lewis Wharf<br>Boston, MA 02110 | Accounting services | | 17,753.00 |
| Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0005 | Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0005 | Unpaid withholding and related employer taxes | | 56,791.65 |
| J & S Carpet Co.<br>765 Belmont Street<br>Belmont, MA 02478 | J & S Carpet Co.<br>765 Belmont Street<br>Belmont, MA 02478 | Trade vendor | | 12,002.83 |
| Massachusetts Department of Revenue<br>PO Box 7010<br>Boston, MA 02204 | Massachusetts Department of Revenue<br>PO Box 7010<br>Boston, MA 02204 | Unpaid withholding and related employer taxes | | 19,453.54 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Sandrine's Limited Liability Company**                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Paymentech<br>14221 Dallas Pkwy<br>Dallas, TX 75254 | Paymentech<br>14221 Dallas Pkwy<br>Dallas, TX 75254 | Financing agreement | | 51,117.93 |
| Pierre Honneger<br>c/o La Voile<br>261 Newbury Street<br>Boston, MA 02116 | Pierre Honneger<br>c/o La Voile<br>261 Newbury Street<br>Boston, MA 02116 | Loan for operating capital | | 143,043.76 |
| Raymond Ost<br>285 Great Road<br>Maynard, MA 01754 | Raymond Ost<br>285 Great Road<br>Maynard, MA 01754 | Separation and membership interest repurchase agreement | | 200,000.00 |
| Reinhart Foodservice<br>225 John Hancock Road<br>Taunton, MA 02780 | Reinhart Foodservice<br>225 John Hancock Road<br>Taunton, MA 02780 | Trade vendor | | 31,508.04 |
| Sallop Insurance Agency<br>25 New Chardon Street<br>6th Floor<br>Boston, MA 02114 | Sallop Insurance Agency<br>25 New Chardon Street<br>6th Floor<br>Boston, MA 02114 | Loan for operating capital | | 100,000.00 |
| T.F. Kinnealey & Co., Inc.<br>P.O. Box 847191<br>Boston, MA 02284-7191 | T.F. Kinnealey & Co., Inc.<br>P.O. Box 847191<br>Boston, MA 02284-7191 | Trade vendor | | 17,085.80 |
| Travelers Insurance<br>PO Box 660317<br>Dallas, TX 75266 | Travelers Insurance<br>PO Box 660317<br>Dallas, TX 75266 | Trade vendor | | 16,218.10 |
| Trimark United East<br>PO Box 3505<br>South Attleboro, MA 02703-0057 | Trimark United East<br>PO Box 3505<br>South Attleboro, MA 02703-0057 | Trade vendor | | 9,557.08 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **December 10, 2014**                    Signature _____

Gwyneth B. Trost
**Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
### District of Massachusetts

In re   **Sandrine's Limited Liability Company**

Debtor

Case No. _____

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 35,000.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 252,556.78 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 8 | | 98,982.08 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 1,019,078.09 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 35,000.00 | | |
| Total Liabilities | | | | 1,370,616.95 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
### District of Massachusetts

In re      **Sandrine's Limited Liability Company** _____          Case No. _____
                                                                          Debtor

                                                                          Chapter_____ **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Sandrine's Limited Liability Company**                                    Case No. _____
                                                                   ,
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 0.00 |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Sandrine's Limited Liability Company**                                    Case No. _____

_____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Business Advantage Checking Account No. XXXX XXXX 6425**  <br><br>**Overdrawn by $5,917.91** | - | 0.00 |
| | | **Cambridge Trust Company Business Checking Account No. XXXXXX7601**  <br><br>**Overdrawn by $639.19** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **General liability, liquor liability policies issued by Travelers Property Casualty Co.** | - | 0.00 |
| | | **Workers compensation and employers' liability insurance policies issued by Endeavour Insurance Company** | - | 0.00 |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |

 __3__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Sandrine's Limited Liability Company**                          ,          Case No. _____
_____
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Umbrella liability insurance policy issued by Travelers Indemnity** | - | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Sandrine's Limited Liability Company**                                    Case No. _____
_____
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Liquor license issued by City of Cambridge, MA | - | Unknown |
| | | Real property lease for 8 Holyoke Street, Cambridge, MA<br>Lessor:  President and Fellows of Harvard College | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Furniture, fixtures and equipment used in connection with restaurant operations | - | 25,000.00 |
| 30. Inventory. | | Alcoholic beverages, perishable food products | - | 10,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >     35,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      **Sandrine's Limited Liability Company**                                    Case No. _____
_____,
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 |
| | (Total of this page) | |
| | Total > | 35,000.00 |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Sandrine's Limited Liability Company**                                     Case No. _____
_____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | - | | December 23, 2013<br><br>Credit card processing<br><br>All assets | | | | | |
| **American Express Merchant Services**<br>P.O. Box 981540<br>El Paso, TX 79998-1540 | | | | | Value $         **Unknown** | | | | 29,156.01 | Unknown |
| Account No. | | | | | April 14, 2006<br><br>Loan<br><br>All assets | | | | | |
| **Cambridge Trust Company**<br>1336 Massachusetts Avenue<br>Cambridge, MA 02138 | X | | - | | Value $         **Unknown** | | | | 104,780.01 | Unknown |
| Account No. x3474 | | | | | April 24, 2014<br><br>Equipment lease<br><br>Tables and chairs, related equipment | | | | | |
| **Marlin Business Bank (Marlin Leasing)**<br>PO Box 13604<br>Philadelphia, PA 19101-3604 | X | | - | | Value $         **Unknown** | | | | 50,621.64 | Unknown |
| Account No. | | | | | November 22, 2013<br><br>Loan<br><br>All assets | | | | | |
| **Rewards Network Establishment Services**<br>2 North Riverside Plaza<br>Suite 200<br>Chicago, IL 60606 | X | | - | | Value $         **Unknown** | | | | 67,999.12 | Unknown |

__0__   continuation sheets attached

| | Subtotal<br>(Total of this page) | 252,556.78 | 0.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 252,556.78 | 0.00 |

B6E (Official Form 6E) (4/13)

In re    **Sandrine's Limited Liability Company**                                              Case No. _____
_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts **not** entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____7_____    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **Sandrine's Limited Liability Company**                                    Case No. _____

                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | December 1 - 10, 2014 | | | | | |
| Adelso Perez 301 Bennington Street East Boston, MA 02128 | - | | Unpaid compensation | | | | 399.00 | 0.00 / 399.00 |
| Account No. | | | December 1 - 10, 2014 | | | | | |
| Alicia M. Bissanti 27 Shawmut Ave #3 Weymouth, MA 02189 | | | Unpaid compensation | | | | 1,480.77 | 0.00 / 1,480.77 |
| Account No. | | | December 1 - 10, 2014 | | | | | |
| Amy F. Nomejko 247 Strawberry Hill Centerville, MA 02632 | | | Unpaid compensation | | | | 2,400.00 | 0.00 / 2,400.00 |
| Account No. | | | December 1 - 10, 2014 | | | | | |
| Antonio Estrada 5 Wellington Ave Everett, MA 02149 | | | Unpaid compensation | | | | 780.50 | 0.00 / 780.50 |
| Account No. | | | December 1 - 10, 2014 | | | | | |
| Carlos Valente 890 N Quincy Street Brockton, MA 02302 | | | Unpaid compensation | | | | 2,000.00 | 0.00 / 2,000.00 |

Sheet __1__ of __7__ continuation sheets attached to                  Subtotal                0.00
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)   7,060.27 / 7,060.27

B6E (Official Form 6E) (4/13) - Cont.

In re __Sandrine's Limited Liability Company__    Case No. _____

_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | December 1 - 10, 2014 | | | | | | |
| Christopher R. Prunty 75 Brainerd Road Allston, MA 02134 | - | | Unpaid compensation | | | | 942.31 | 0.00 | 942.31 |
| Account No. | | | December 1 - 7, 2014 | | | | | | |
| Cindi Gil 260 Maverick Street East Boston, MA 02128 | - | | Unpaid compensation | | | | 342.00 | 0.00 | 342.00 |
| Account No. | | | December 1 - 10, 2014 | | | | | | |
| Courtney Civitareale 151 Fourth Street Medford, MA 02155 | - | | Unpaid compensation | | | | 1,076.92 | 0.00 | 1,076.92 |
| Account No. | | | December 1 - 7, 2014 | | | | | | |
| Dany A. Urrego 59 Bennington Street Revere, MA 02151 | - | | Unpaid compensation | | | | 262.50 | 0.00 | 262.50 |
| Account No. | | | December 1 - 10, 2014 | | | | | | |
| Erick Posada 360 Revere Street Revere, MA 02151 | - | | Unpaid compensation | | | | 925.22 | 0.00 | 925.22 |

Sheet __2__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| 3,548.95 | 0.00 |
|---|---|
| | 3,548.95 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re   **Sandrine's Limited Liability Company**            Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| **Account No.** | | | | 2014 | | | | | |
| Francisco Chavez 260 Maverick Street Apt. 3 Boston, MA 02128 | - | | | Unpaid compensation | | | | | Unknown |
| | | | | | | | | Unknown | 0.00 |
| **Account No.** | | | | December 1 - 7, 2014 | | | | | |
| Georgi K. Chalakov 120 Summer Street #9 Malden, MA 02148 | - | | | Unpaid compensation | | | | 0.00 | |
| | | | | | | | | 127.84 | 127.84 |
| **Account No.** | | | | December 1 - 10, 2014 | | | | | |
| Giraldo Santiago 80 Webster Street Boston, MA 02128 | - | | | Unpaid compensation | | | | 0.00 | |
| | | | | | | | | 1,158.00 | 1,158.00 |
| **Account No.** | | | | December 1 - 10, 2014 | | | | | |
| Gustavo A. Gomez 103 Everett Street #2 East Boston, MA 02128 | - | | | Unpaid compensation | | | | 0.00 | |
| | | | | | | | | 1,038.48 | 1,038.48 |
| **Account No.** | | | | December 1 - 10, 2014 | | | | | |
| Gwyneth B. Trost 29 Oliver Road Belmont, MA 02478 | - | | | Unpaid compensation | | | | 0.00 | |
| | | | | | | | | 3,000.00 | 3,000.00 |

Sheet __3__ of __7__ continuation sheets attached to      Subtotal    0.00
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)    5,324.32    5,324.32

B6E (Official Form 6E) (4/13) - Cont.

In re  __Sandrine's Limited Liability Company_____,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY<br><br>AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | December 1 - 10, 2014 | | | | | |
| Heather Arcangeletti<br>345 Camp Street Apt. 603<br>West Yarmouth, MA 02673-2474 | - | | Unpaid compensation | | | | | 0.00 |
| | | | | | | | 720.00 | 720.00 |
| Account No. | | | December 1 - 10, 2014 | | | | | |
| Israel Garcia<br>301 Bennington Street<br>East Boston, MA 02128 | | | Unpaid compensation | | | | | 0.00 |
| | | | | | | | 656.25 | 656.25 |
| Account No. | | | December 1 - 10, 2014 | | | | | |
| Jose Noe Garcia<br>174 Gove Street<br>Apt 3<br>East Boston, MA 02128 | | | Unpaid compensation | | | | | 0.00 |
| | | | | | | | 552.50 | 552.50 |
| Account No. | | | December 1 - 10, 2014 | | | | | |
| Luis A. Zeleya<br>26 Highland Ave<br>Somerville, MA 02143 | | | Unpaid compensation | | | | | 0.00 |
| | | | | | | | 550.00 | 550.00 |
| Account No. | | | December 1 - 10, 2014 | | | | | |
| Mario Estrada Medina<br>143 Belmont Street<br>Everett, MA 02149 | | | Unpaid compensation | | | | | 0.00 |
| | | | | | | | 615.00 | 615.00 |

Sheet __4__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 0.00 |
|---|---|---|
|  | (Total of this page) | 3,093.75 | 3,093.75 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re  **Sandrine's Limited Liability Company**                                      Case No. _____
                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | December 1 - 10, 2014 | | | | | |
| Monseff Mekroud 40 Heather Street Beverly, MA 01915 | | - | Unpaid compensation | | | | | 0.00 |
| | | | | | | | 520.97 | 520.97 |
| Account No. | | | December 1 - 10, 2014 | | | | | |
| Patrick M. Tomaz 455 East Broadway Haverhill, MA 01830 | | - | Unpaid compensation | | | | | 0.00 |
| | | | | | | | 189.75 | 189.75 |
| Account No. | | | December 1 - 7, 2014 | | | | | |
| Ronald Lopez 8 Barnes Avenue East Boston, MA 02128 | | - | Unpaid compensation | | | | | 0.00 |
| | | | | | | | 143.00 | 143.00 |
| Account No. | | | December 1 - 10, 2014 | | | | | |
| Sherman Hanke 10 Fernald Drive #31 Cambridge, MA 02138 | | - | Unpaid compensation | | | | | 0.00 |
| | | | | | | | 1,000.54 | 1,000.54 |
| Account No. | | | December 1 - 10, 2014 | | | | | |
| Thomas Meredith 59 Richfield Street Dorchester, MA 02125 | | - | Unpaid compensation | | | | | 0.00 |
| | | | | | | | 869.73 | 869.73 |

Sheet **5** of **7** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

|  | 0.00 |
|---|---|
| 2,723.99 | 2,723.99 |

B6E (Official Form 6E) (4/13) - Cont.

In re __Sandrine's Limited Liability Company_____    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Victoria N. Bishop<br>10 Curtis Drive<br>Plymouth, MA 02360** | - | | December 1 - 10, 2014<br><br>Unpaid compensation | | | | **985.61** | **0.00**<br><br>**985.61** | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __6__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    **985.61**

**0.00**

**985.61**

B6E (Official Form 6E) (4/13) - Cont.

In re   **Sandrine's Limited Liability Company**                                          Case No. _____

                                                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unpaid withholding and related employer taxes | | | | | |
| **Department of the Treasury Internal Revenue Service Ogden, UT 84201-0005** | | - | | | | | | 0.00 |
| | | | | | | | 56,791.65 | 56,791.65 |
| Account No. | | | Unpaid withholding and related employer taxes | | | | | |
| **Massachusetts Department of Revenue PO Box 7010 Boston, MA 02204** | | - | | | | | | 0.00 |
| | | | | | | | 19,453.54 | 19,453.54 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet _7_ of _7_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 76,245.19 | 76,245.19 |
| Total | | |
| (Report on Summary of Schedules) | 98,982.08 | 98,982.08 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re   **Sandrine's Limited Liability Company**                                    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J C | | | | | | |
| Account No. **4488** | | | | | **Trade vendor** | | | | |
| **A. Russo & Sons, Inc.** **560 Pleasant Street** **Watertown, MA 02472** | | - | | | | | | | 33,890.74 |
| Account No. | | | | | **Investment funds** | | | | |
| **Alfred Ross** **150 Elm Street** **South Dartmouth, MA 02748** | | - | | | | | | | Unknown |
| Account No. | | | | | **Investment funds** | | | | |
| **Alma Lee Carpenter** **9 Lowell Road** **Wellesley Hills, MA 02481** | | - | | | | | | | Unknown |
| Account No. **xxxxxx-x3007** | | | | | **Credit card charges** | | | | |
| **American Express** **P.O. Box 1270** **Newark, NJ 07101-1270** | X | - | | | | | | | 20,397.17 |
| | | | | | | | Subtotal (Total of this page) | | 54,287.91 |

_**16**_  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re     **Sandrine's Limited Liability Company**                                Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Amy F. Nomejko <br> 247 Strawberry Hill <br> Centerville, MA 02632 | | - | Investment funds | | | | Unknown |
| Account No. <br><br> Andrea Noble <br> 1 Huntington Avenue #604 <br> Boston, MA 02116 | | - | Investment funds | | | | Unknown |
| Account No. xxx7940 <br><br> Arrow Paper Corporation <br> 228 Andover Street <br> Wilmington, MA 01887 | | - | Trade vendor | | | | 447.71 |
| Account No. xxx1-001 <br><br> Atlantic Charter Insurance Company <br> Lockbox 7842 <br> PO Box 7247 <br> Philadelphia, PA 19170-7842 | | - | Trade vendor | | | | 7,152.00 |
| Account No. x0346 <br><br> Atlantic Importing Co. <br> 101 Bishop Street <br> Framingham, MA 01702 | | - | Trade vendor | | | | 868.66 |

Sheet no. __1__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,468.37

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandrine's Limited Liability Company**                                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bato, Inc.**<br>**261 Newbury Street**<br>**Boston, MA 02116** | | - | **2014**<br>**Loan for operating capital** | | | | 123,501.55 |
| Account No.<br><br>**Be Our Guest**<br>**24 Blue Hill Avenue**<br>**Boston, MA 02119** | | - | **Trade vendor** | | | | 2,088.75 |
| Account No.<br><br>**Boston Chef's Inc.**<br>**875 Main Street**<br>**Cambridge, MA 02139** | | - | **Trade vendor** | | | | 400.00 |
| Account No.<br><br>**Bottom-Line Bookkeeping**<br>**PO Box 727**<br>**West Hyannisport, MA 02672** | | - | **Trade vendor** | | | | 17,491.31 |
| Account No. xxxx-xxxx-xxxx-3551<br><br>**Business Card**<br>**P.O. Box 15796**<br>**Wilmington, DE 19886-5796** | X | - | **Credit card charges** | | | | 18,529.86 |

Sheet no. __2__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          162,011.47

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandrine's Limited Liability Company**                                    Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxxxxxxxx2452 | | | | | Credit card charges | | | | |
| Capital One Bank (USA), N.A. P.O. Box 71083 Charlotte, NC 28272-1083 | X | - | | | | | | | 8,734.64 |
| Account No. SAN | | | | | Trade vendor | | | | |
| Captain Marden's 279 Linden Street Wellesley, MA 02482 | | - | | | | | | | 9,143.39 |
| Account No. xxxx-xxxx-xxxx-8038 | | | | | Credit card charges | | | | |
| Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | X | - | | | | | | | 18,670.70 |
| Account No. | | | | | Trade vendor | | | | |
| Catering by Andrew 402 Harvard Street Brookline, MA 02446 | | - | | | | | | | 98.44 |
| Account No. | | | | | 2014 Loan for operating capital | | | | |
| Chantal Rowat 17 Brook Street Sherborn, MA 01770 | | | | | | | | | 88,690.82 |

Sheet no. **3** of **16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          125,337.99

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sandrine's Limited Liability Company**                                    Case No. _____
_____,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Checkmate Service Line** <br> **PO Box 41582** <br> **Providence, RI 02940** | | - | Trade vendor | | | | 409.02 |
| Account No. **xxxx-x0151** <br><br> **Churchill Linen** <br> **PO Box 3247** <br> **Brockton, MA 02304-3247** | | - | Trade vendor | | | | 2,197.92 |
| Account No. **xx0970** <br><br> **City of Cambridge** <br> **Tax Collector** <br> **PO Box 399142** <br> **Cambridge, MA 02139-9142** | | - | Taxes | | | | 600.30 |
| Account No. **xxxx0000** <br><br> **Cohen, Cohen & Company** <br> **222 Lewis Wharf** <br> **Boston, MA 02110** | | - | 2014 <br> Accounting services | | | | 17,753.00 |
| Account No. **x1053** <br><br> **Craft Brewers Guild** <br> **170 Market Street** <br> **Everett, MA 02149** | | - | Trade vendor | | | | 927.50 |

Sheet no. __4__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 21,887.74 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sandrine's Limited Liability Company**
_____ ,   Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>David Kluchman<br>1984 Massachusetts Avenue<br>Lexington, MA 02421 | | - | Investment funds | | | | Unknown |
| Account No. xx3522<br><br>Delta Beckwith<br>PO Box 33094<br>Newark, NJ 07188-0094 | | - | Trade vendor | | | | 1,611.42 |
| Account No. x4150<br><br>Dole & Bailey<br>PO Box 2405<br>Woburn, MA 01888 | | - | Trade vendor | | | | 1,895.94 |
| Account No. xxxxx3387<br><br>Ecolab<br>PO Box 905327<br>Charlotte, NC 28290-5327 | | - | Trade vendor | | | | 616.88 |
| Account No.<br><br>Eunice Cohen Marital Trust<br>c/o Leatherbee & Co.<br>1330 Boylston Street, Suite 609<br>Chestnut Hill, MA 02467 | | - | Investment funds | | | | Unknown |

Sheet no. __5__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,124.24

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandrine's Limited Liability Company**                               , Case No. _____

                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Euroguild dba Schaller & Webber of N.E.**<br>**397 High Plain Street**<br>**Walpole, MA 02081** | | - | Trade vendor | | | | 718.34 |
| Account No.<br><br>**Geoffrey Nunes**<br>**84 Brattle Street**<br>**Cambridge, MA 02138** | | - | Investment funds | | | | Unknown |
| Account No.<br><br>**Gerard Moufflet**<br>**75 Pickney Street**<br>**Boston, MA 02114** | | - | Investment funds | | | | Unknown |
| Account No.<br><br>**Gwyneth B. Trost**<br>**29 Oliver Road**<br>**Belmont, MA 02478** | | - | Investment funds | | | | Unknown |
| Account No. **2019**<br><br>**Harpoon Brewery**<br>**306 Northern Ave**<br>**Boston, MA 02110** | | - | Trade vendor | | | | 174.00 |

Sheet no. __6__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                892.34

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sandrine's Limited Liability Company**                                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x1488** | | | | | Trade vendor | | | | |
| **Harvard Magazine** **7 Ware Street** **Cambridge, MA 02138** | | - | | | | | | | 910.00 |
| Account No. **xx1109** | | | | | Trade vendor | | | | |
| **Health Services Administrators (MBA)** **PO Box 847001** **Boston, MA 02284-7001** | | - | | | | | | | 3,142.60 |
| Account No. | | | | | Investment funds | | | | |
| **Henri Termeer** **Genzyme** **1 Kendall Square** **Cambridge, MA 02138** | | - | | | | | | | **Unknown** |
| Account No. **x0027** | | | | | Trade vendor | | | | |
| **Horizon Beverage Company** **PO Box 1165** **Norton, MA 02766** | | - | | | | | | | 3,961.99 |
| Account No. | | | | | Trade vendor | | | | |
| **Iggy's Bread of the World** **130 Fawcett Street** **Cambridge, MA 02138** | | - | | | | | | | 2,662.10 |

Sheet no. __7__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          10,676.69

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandrine's Limited Liability Company**                                         Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **xx6759**<br><br>**Interstate Food Equipment**<br>**PO Box 114**<br>**Somerville, MA 02143** | - | | Trade vendor | | | | 520.24 |
| Account No.<br><br>**J & S Carpet Co.**<br>**765 Belmont Street**<br>**Belmont, MA 02478** | - | | Trade vendor | | | | 12,002.83 |
| Account No.<br><br>**James Tye**<br>**c/o United Liquors**<br>**P.O. Box 859219**<br>**Braintree, MA 02185-9219** | - | | Investment funds | | | | Unknown |
| Account No.<br><br>**Jay Kannally**<br>**17 Noon Hill Avenue**<br>**Norfolk, MA 02056** | - | | Investment funds | | | | Unknown |
| Account No.<br><br>**Jean-Marie Vogel**<br>**c/o Pluromed Inc.**<br>**5 Oakmeadow Road**<br>**Lincoln, MA 01773** | - | | Investment funds | | | | Unknown |

Sheet no. __8__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **12,523.07**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sandrine's Limited Liability Company**                                Case No. _____
                                               ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | Investment funds | | | | |
| Jean-Marie Vogel 2001 Revocable Trust Diana Chirita, Trustee 5 Oakmeadow Road Lincoln, MA 01773 | | - | | | | | Unknown |
| Account No. | | | Trade vendor | | | | |
| Juliana Lyman 29 Maple Street Lexington, MA 02420 | | - | | | | | 840.00 |
| Account No. xx2805 | | | Trade vendor | | | | |
| Lenox-Martell, Inc. 89 Heath Street Boston, MA 02130-1402 | | - | | | | | 768.57 |
| Account No. xxxx5340 | | | Trade vendor | | | | |
| Martignetti Companies (United Liquors) PO Box 859219 Braintree, MA 02185-9219 | | - | | | | | 8,823.12 |
| Account No. | | | Investment funds | | | | |
| Marvin Gilmore c/o Comm. Dev. Corp. of Boston 801 Albany Street Boston, MA 02119 | | - | | | | | Unknown |

Sheet no. __9__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,431.69

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sandrine's Limited Liability Company**                                        Case No. _____
                                                                ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investment funds | | | | |
| Michael Evanisco 7 Wainwright Road #31 Winchester, MA 01890 | | - | | | | | Unknown |
| Account No. | | | Investment funds | | | | |
| Michael Tye c/o Mark Kohler 535 Frances Street Key West, FL 33040 | | - | | | | | Unknown |
| Account No. xx9669 | | | Trade vendor | | | | |
| Modern Pest 100 Pleasant Street Brunswick, ME 04011-2207 | | - | | | | | 1,111.18 |
| Account No. xx1435 | | | Trade vendor | | | | |
| MS Walker 20 Third Ave Somerville, MA 02143 | | - | | | | | 5,267.09 |
| Account No. 0070 | | | Trade vendor | | | | |
| Nashoba Brook Bakery 152 Commonwealth Avenue Concord, MA 01742 | | - | | | | | 4,274.70 |

Sheet no. __10__ of __16__ sheets attached to Schedule of                        Subtotal                     10,652.97
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sandrine's Limited Liability Company**                                                    Case No. _____

_____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Noble Hood** <br>**51 Ellington Road** <br>**Tewksbury, MA 01876** | | - | Trade vendor | | | | 350.00 |
| Account No. **6659** <br><br>**Northeast Cutlery** <br>**244 Ash Street** <br>**Reading, MA 01867** | | - | Trade vendor | | | | 459.00 |
| Account No. **xxxxxxx0049** <br><br>**NSTAR Electric** <br>**PO Box 660369** <br>**Dallas, TX 75266-0369** | | - | Utilities | | | | 8,595.80 |
| Account No. **xxxxxxx0026** <br><br>**NSTAR Gas** <br>**PO Box 660369** <br>**Dallas, TX 75266-0369** | | - | Utilities | | | | 2,492.39 |
| Account No. **378** <br><br>**Open Table, Inc.** <br>**Payment Lockbox** <br>**PO Box 671198** <br>**Dallas, TX 75267-1198** | | - | Trade vendor | | | | 4,449.68 |

Sheet no. __11__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,346.87

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sandrine's Limited Liability Company**                                   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Paul D'Allesandro** <br> **666 Main Street** <br> **Unit LV-1** <br> **Winchester, MA 01890** | | - | **Trade vendor** | | | | **468.00** |
| Account No. **xxxx7601** <br><br> **Paymentech** <br> **14221 Dallas Pkwy** <br> **Dallas, TX 75254** | | - | **2014** <br> **Financing agreement** | | | | **51,117.93** |
| Account No. <br><br> **Peterson's Party Rental** <br> **36 Cabot Road** <br> **Woburn, MA 01801** | | - | **Trade vendor** | | | | **139.25** |
| Account No. <br><br> **Pierre Honneger** <br> **c/o La Voile** <br> **261 Newbury Street** <br> **Boston, MA 02116** | | - | **2014** <br> **Loan for operating capital** | | | | **143,043.76** |
| Account No. <br><br> **President and Fellows of Harvard College** <br> **c/o Harvard Real Estate** <br> **Holyoke Center, Suite 800** <br> **1350 Massachusetts Avenue** <br> **Cambridge, MA 02138-3826** | | - | **2014** <br> **Rent and related charges** | | | | **Unknown** |

Sheet no. __12__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **194,768.94**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sandrine's Limited Liability Company**                                     Case No. _____

_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Purelyhosting** <br> **605 North High Street** <br> **Columbus, OH 43215** | | - | Trade vendor | | | | 83.70 |
| Account No. <br><br> **Ray and Nicole Stata** <br> **232 Fox Hill Road** <br> **Westwood, MA 02090** | | - | Investment funds | | | | Unknown |
| Account No. <br><br> **Raymond Ost** <br> **285 Great Road** <br> **Maynard, MA 01754** | | - | July 2014 <br> Separation and membership interest repurchase agreement | | | | 200,000.00 |
| Account No. <br><br> **Raymond Ost** <br> **285 Great Road** <br> **Maynard, MA 01754** | | - | Investment funds | | | | Unknown |
| Account No. x7625 <br><br> **Reinhart Foodservice** <br> **225 John Hancock Road** <br> **Taunton, MA 02780** | | - | Trade vendor | | | | 31,508.04 |

Sheet no. __13__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     231,591.74

B6F (Official Form 6F) (12/07) - Cont.

In re   **Sandrine's Limited Liability Company**                          Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Robert Carpenter** <br> **18 Hallwood Road** <br> **Chestnut Hill, MA 02467** | | - | Investment funds | | | | Unknown |
| Account No. <br><br> **Robert Flynn** <br> **67 Abbott Road** <br> **Wellesley Hills, MA 02481** | | - | Investment funds | | | | Unknown |
| Account No. <br><br> **Robert Mulroy** <br> **173 Lewis Road** <br> **Belmont, MA 02478** | | - | Investment funds | | | | Unknown |
| Account No. **x7777** <br><br> **Ruby Wines** <br> **625 Bodwell Street Ext** <br> **Avon, MA 02322-1019** | | - | Trade vendor | | | | 6,798.78 |
| Account No. <br><br> **Sallop Insurance Agency** <br> **25 New Chardon Street** <br> **6th Floor** <br> **Boston, MA 02114** | X | - | May 2014 <br> Loan for operating capital | | | | 100,000.00 |

Sheet no. __14__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        106,798.78

B6F (Official Form 6F) (12/07) - Cont.

In re __Sandrine's Limited Liability Company__ ,                              Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade vendor | | | | |
| Shirazi Distributing Po Box 381959 Cambridge, MA 02238-1959 | | - | | | | | | 3,287.52 |
| Account No. x2895 | | | | 2014 Trade vendor | | | | |
| T.F. Kinnealey & Co., Inc. P.O. Box 847191 Boston, MA 02284-7191 | | - | | | | | | 17,085.80 |
| Account No. xxxxx7182 | | | | Trade vendor | | | | |
| Travelers Insurance PO Box 660317 Dallas, TX 75266 | | - | | | | | | 16,218.10 |
| Account No. xxx8801 | | | | Trade vendor | | | | |
| Trimark United East PO Box 3505 South Attleboro, MA 02703-0057 | | - | | | | | | 9,557.08 |
| Account No. | | | | Trade vendor | | | | |
| Tripleseat Software 72 Junction Square Drive West Concord, MA 01742 | | - | | | | | | 200.00 |

Sheet no. __15__ of __16__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)              46,348.50

B6F (Official Form 6F) (12/07) - Cont.

In re __Sandrine's Limited Liability Company__ ,     Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx0398<br><br>Verizon<br>PO Box 15124<br>Albany, NY 12212-5124 | | - | Utilities | | | | 321.92 |
| Account No. xxxxxxxxx-x0001<br><br>Verizon Wireless<br>PO Box 15062<br>Albany, NY 12212-5062 | | - | Utilities | | | | 1,186.86 |
| Account No. xxxxxxx-1584<br><br>VPNE Parking Solutions<br>ATTN: University Place Garage<br>PO Box 171383<br>Boston, MA 02117 | | - | Trade vendor | | | | 420.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __16__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,928.78**

Total
(Report on Summary of Schedules)     **1,019,078.09**

B6G (Official Form 6G) (12/07)

In re    **Sandrine's Limited Liability Company**                                    Case No. _____

_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **President and Fellows of Harvard College**<br>**c/o Harvard Real Estate**<br>**Holyoke Center, Suite 800**<br>**1350 Massachusetts Avenue**<br>**Cambridge, MA 02138-3826** | **Real property lease for 8 Holyoke Street,**<br>**Cambridge, MA** |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Sandrine's Limited Liability Company**                                    Case No. _____
_____
                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Amy Nomejko**<br>**247 Strawberry Hill Road**<br>**Centerville, MA 02632** | **Marlin Business Bank (Marlin Leasing)**<br>**PO Box 13604**<br>**Philadelphia, PA 19101-3604** |
| **Amy Nomejko**<br>**247 Strawberry Hill Road**<br>**Centerville, MA 02632** | **Rewards Network Establishment Services**<br>**2 North Riverside Plaza**<br>**Suite 200**<br>**Chicago, IL 60606** |
| **Gwyneth B. Trost**<br>**29 Oliver Road**<br>**Belmont, MA 02478** | **Sallop Insurance Agency**<br>**25 New Chardon Street**<br>**6th Floor**<br>**Boston, MA 02114** |
| **Gwyneth B. Trost**<br>**29 Oliver Road**<br>**Belmont, MA 02478** | **Cambridge Trust Company**<br>**1336 Massachusetts Avenue**<br>**Cambridge, MA 02138** |
| **Raymond Ost**<br>**285 Great Road**<br>**Maynard, MA 01754** | **Cambridge Trust Company**<br>**1336 Massachusetts Avenue**<br>**Cambridge, MA 02138** |
| **Raymond Ost**<br>**285 Great Road**<br>**Maynard, MA 01754** | **Capital One Bank (USA), N.A.**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272-1083** |
| **Raymond Ost**<br>**285 Great Road**<br>**Maynard, MA 01754** | **Business Card**<br>**P.O. Box 15796**<br>**Wilmington, DE 19886-5796** |
| **Raymond Ost**<br>**285 Great Road**<br>**Maynard, MA 01754** | **American Express**<br>**P.O. Box 1270**<br>**Newark, NJ 07101-1270** |
| **Raymond Ost**<br>**285 Great Road**<br>**Maynard, MA 01754** | **Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** |

0
_____  continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re   **Sandrine's Limited Liability Company**                                          Case No. _____

_____
                            Debtor(s)                                Chapter   **11**   _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**35**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 10, 2014**  _____        Signature  _____

                                                                        Gwyneth B. Trost
                                                                        **Manager**

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Massachusetts

In re   **Sandrine's Limited Liability Company**
_____   Case No. _____
                                    Debtor(s)        Chapter   **11**   _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | | |
|---|---|---|---|
| $-38,820.00 | 2013 | Gross Revenue $2,025,533 | Loss $38,820 |
| $-13,020.00 | 2012 | Gross Revenue $2,050,846 | Loss $13,020 |
| $-17,362.00 | 2011 | Gross Revenue $2,002,050 | Loss $17,362 |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

B7 (Official Form 7) (04/13)
2

---

### 3. Payments to creditors

**None**
■  ***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐  b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached** | | **$0.00** | **$0.00** |

**None**
☐  c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached** | | **$0.00** | **$0.00** |

---

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **T.F. Kinnealey & Co., Inc. v. Sandrine's Limited Liability Company Civil Action No. 1452CV640** | **Collection action** | **Cambridge District Court Cambridge, MA** | **Pending** |

**None**
☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Demeo LLP 200 State Street Boston, MA 02109 | December 5, 2014 | $60,000.00 |

B7 (Official Form 7) (04/13)
4

#### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

#### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

#### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

#### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

#### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
5

**15.  Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Bottom-Line Bookkeeping** **P.O. Box 727** **West Hyannisport, MA 02672** | |
| **Cohen, Cohen & Company** **222 Lewis Wharf** **Boston, MA 02110** | |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
7

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Gwyneth B. Trost**<br>**29 Oliver Road**<br>**Belmont, MA 02478** | **Member, Manager** | **51%**<br>**Membership** |
| **Amy Nomejko**<br>**247 Strawberry Hill Road**<br>**Centerville, MA 02632** | | **49%**<br>**Membership** |

---

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Raymond Ost**<br>**285 Great Road**<br>**Maynard, MA 01754** | **Member, Manager** | **July 14, 2014** |

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
8

---

**24. Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■       group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
        of the case.

NAME OF PARENT CORPORATION                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■       employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                            TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date  __December 10, 2014__                    Signature  _____

                                               Gwyneth B. Trost
                                               Manager

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# SANDRINE'S BISTRO
## Payment summary by Vendor
### September 1 through December 10, 2014

|                                          | Sep 1 - Dec 10, 14 |
|------------------------------------------|-------------------:|
| **Commonwealth of Massachusetts**        | 35,036.30          |
| **PRESIDENTS & FELLOWS OF HARVARD COLLEGE** | 28,760.44       |
| **DOLE & BAILEY**                        | 27,220.63          |
| **MARTIGNETTI**                          | 20,111.35          |
| **REWARDS NETWORK**                      | 13,352.34          |
| **RUBY WINES**                           | 14,039.71          |
| **REINHART FOODSERVICE**                 | 12,995.85          |
| **MARLIN LEASING**                       | 11,896.64          |
| **NSTAR**                                | 10,183.87          |
| **BUSINESS SOLUTIONS**                   | 9,802.58           |
| **CAPTAIN MARDEN'S**                     | 9,465.79           |
| **MS WALKER**                            | 8,940.14           |
| **A. RUSSO**                             | 8,488.80           |
| **CHURCHILL LINEN**                      | 7,970.00           |
| **TRAVELERS INSURANCE**                  | 7,551.80           |

**SANDRINE'S BISTRO**

# Transaction List by Vendor
### January through December 2014

| Type | Date | Num | Account | Credit |
|------|------|-----|---------|--------|
| **RAYMOND OST** | | | | |
| Check | 02/01/2014 | 103099 | 1025 · Cambridge Trust Co. | 1,250.00 |
| Check | 02/22/2014 | 103211 | 1025 · Cambridge Trust Co. | 1,250.00 |
| Check | 03/29/2014 | 2119 | 1010 · Bank of America | 2,000.00 |
| Check | 04/01/2014 | 2127 | 1010 · Bank of America | 1,250.00 |
| Check | 05/10/2014 | 2251 | 1010 · Bank of America | 1,500.00 |
| Check | 05/20/2014 | 2311 | 1010 · Bank of America | 2,000.00 |
| Check | 09/04/2014 | 103267 | 1025 · Cambridge Trust Co. | 2,050.00 |
| Check | 09/11/2014 | 103301 | 1025 · Cambridge Trust Co. | 2,050.00 |
| Check | 10/03/2014 | 1076 | 1025 · Cambridge Trust Co. | 2,050.00 |
| Check | 10/10/2014 | 1077 | 1025 · Cambridge Trust Co. | 2,050.00 |
| Check | 10/21/2014 | 2312 | 1010 · Bank of America | 2,050.00 |
| Check | 11/01/2014 | 2451 | 1010 · Bank of America | 1,176.00 |
| Check | 01/06/2014 | 103039 | 1025 · Cambridge Trust Co. | 1,250.00 |
| Check | 02/03/2014 | 103147 | 1025 · Cambridge Trust Co. | 1,250.00 |
| Check | 02/17/2014 | 103208 | 1025 · Cambridge Trust Co. | 1,250.00 |
| Check | 02/19/2014 | 8175 | 1025 · Cambridge Trust Co. | 1,250.00 |
| Check | 02/24/2014 | 103341 | 1025 · Cambridge Trust Co. | 1,250.00 |
| | | | | 26,926.00 |

# SANDRINE'S BISTRO
## Custom Transaction Detail Report
### January through December 2014

| Type | Date | Num | Name | Account | Credit |
|------|------|-----|------|---------|--------|
| **Jan - Dec 14** | | | | | |
| Check | 01/06/2014 | | Amy F Nomejko | 1025 · Cambridge Trust Co. | 218.83 |
| Check | 01/13/2014 | | Amy F Nomejko | 1025 · Cambridge Trust Co. | 218.83 |
| Check | 01/17/2014 | 103263 | AMY NOMEJKO | 1025 · Cambridge Trust Co. | 1,000.00 |
| Check | 01/20/2014 | | Amy F Nomejko | 1025 · Cambridge Trust Co. | 218.83 |
| Check | 01/24/2014 | 103275 | AMY NOMEJKO | 1025 · Cambridge Trust Co. | 1,000.00 |
| Check | 01/27/2014 | 103087 | AMY NOMEJKO | 1025 · Cambridge Trust Co. | 2,500.00 |
| Check | 01/27/2014 | | Amy F Nomejko | 1025 · Cambridge Trust Co. | 218.83 |
| Check | 01/31/2014 | 103309 | AMY NOMEJKO | 1025 · Cambridge Trust Co. | 1,000.00 |
| Check | 02/03/2014 | | Amy F Nomejko | 1025 · Cambridge Trust Co. | 218.83 |
| Check | 02/07/2014 | 103321 | AMY NOMEJKO | 1025 · Cambridge Trust Co. | 1,000.00 |
| Check | 02/10/2014 | | Amy F Nomejko | 1025 · Cambridge Trust Co. | 218.83 |
| Check | 02/13/2014 | 8169 | AMY NOMEJKO | 1025 · Cambridge Trust Co. | 250.00 |
| Check | 02/14/2014 | 103329 | AMY NOMEJKO | 1025 · Cambridge Trust Co. | 1,000.00 |
| Check | 02/17/2014 | | Amy F Nomejko | 1025 · Cambridge Trust Co. | 218.83 |
| Check | 02/21/2014 | 103331 | AMY NOMEJKO | 1025 · Cambridge Trust Co. | 1,000.00 |
| Check | 02/24/2014 | | Amy F Nomejko | 1025 · Cambridge Trust Co. | 218.83 |
| Check | 03/03/2014 | | Amy F Nomejko | 1025 · Cambridge Trust Co. | 218.83 |
| Check | 03/10/2014 | | Amy F Nomejko | 1025 · Cambridge Trust Co. | 218.83 |
| Check | 03/13/2014 | 2042 | AMY NOMEJKO | 1010 · Bank of America | 1,200.00 |
| Check | 03/17/2014 | 29240 | Amy F Nomejko | 1010 · Bank of America | 327.65 |
| Check | 03/17/2014 | 2062 | AMY NOMEJKO | 1010 · Bank of America | 1,500.00 |
| Check | 03/18/2014 | 2101 | Amy F Nomejko | 1010 · Bank of America | 150.00 |
| Check | 03/24/2014 | | Amy F Nomejko | 1010 · Bank of America | 327.66 |
| Check | 03/31/2014 | | Amy F Nomejko | 1010 · Bank of America | 431.75 |
| Check | 04/07/2014 | | Amy F Nomejko | 1010 · Bank of America | 431.75 |
| Check | 04/14/2014 | | Amy F Nomejko | 1010 · Bank of America | 853.95 |
| Check | 04/21/2014 | | Amy F Nomejko | 1010 · Bank of America | 853.95 |
| Check | 04/28/2014 | | Amy F Nomejko | 1010 · Bank of America | 853.96 |
| Check | 05/05/2014 | | Amy F Nomejko | 1010 · Bank of America | 853.95 |
| Check | 05/12/2014 | | Amy F Nomejko | 1010 · Bank of America | 853.95 |
| Check | 05/19/2014 | | Amy F Nomejko | 1010 · Bank of America | 853.95 |
| Check | 05/21/2014 | | Amy F Nomejko | 1010 · Bank of America | 853.95 |
| Check | 05/26/2014 | 100500 | Amy F Nomejko | 1025 · Cambridge Trust Co. | 853.95 |
| Check | 06/02/2014 | 1011 | Amy F Nomejko | 1025 · Cambridge Trust Co. | 853.95 |
| Check | 09/19/2014 | 110192 | Amy F Nomejko | 1025 · Cambridge Trust Co. | 650.00 |
| Check | 11/24/2014 | | Amy F. Nomejko | 1010 · Bank of America | 889.18 |
| Check | 12/01/2014 | | Amy F. Nomejko | 1010 · Bank of America | 887.02 |
| Check | 12/08/2014 | | Amy F. Nomejko | 1010 · Bank of America | 887.02 |
| Check | 12/15/2014 | 29636 | Amy F. Nomejko | 1010 · Bank of America | 887.02 |
| **Jan - Dec 14** | | | | | **27,192.91** |

**SANDRINE'S BISTRO**

# Custom Transaction Detail Report

### January through December 2014

| Type | Date | Num | Name | Account | Credit |
|------|------|-----|------|---------|--------|
| **Jan - Dec 14** | | | | | |
| Check | 01/13/2014 | | BETTY TROST | 1025 · Cambridge Trust Co. | 800.00 |
| Transfer | 02/13/2014 | | BETTY TROST | 1025 · Cambridge Trust Co. | 800.00 |
| Check | 03/13/2014 | | BETTY TROST | 1025 · Cambridge Trust Co. | 800.00 |
| Check | 04/14/2014 | | BETTY TROST | 1025 · Cambridge Trust Co. | 800.00 |
| Check | 05/13/2014 | | BETTY TROST | 1025 · Cambridge Trust Co. | 800.00 |
| Check | 06/13/2014 | | BETTY TROST | 1025 · Cambridge Trust Co. | 800.00 |
| Check | 07/14/2014 | | BETTY TROST | 1025 · Cambridge Trust Co. | 800.00 |
| Check | 08/13/2014 | | BETTY TROST | 1025 · Cambridge Trust Co. | 800.00 |
| Transfer | 09/15/2014 | | BETTY TROST | 1025 · Cambridge Trust Co. | 800.00 |
| Check | 11/10/2014 | 2494 | BETTY TROST | 1010 · Bank of America | 800.00 |
| Check | 11/21/2014 | 2523 | BETTY TROST | 1010 · Bank of America | 800.00 |
| Check | 12/15/2014 | | BETTY TROST | 1010 · Bank of America | 800.00 |
| Check | 01/06/2014 | 103038 | GWEN TROST | 1025 · Cambridge Trust Co. | 1,250.00 |
| Check | 01/27/2014 | 103088 | GWEN TROST | 1025 · Cambridge Trust Co. | 1,250.00 |
| Check | 02/03/2014 | 103148 | GWEN TROST | 1025 · Cambridge Trust Co. | 1,250.00 |
| Check | 02/10/2014 | 103183 | GWEN TROST | 1025 · Cambridge Trust Co. | 1,250.00 |
| Check | 01/03/2014 | 103234 | GWEN TROST | 1025 · Cambridge Trust Co. | 1,000.00 |
| Check | 01/17/2014 | 103264 | GWEN TROST | 1025 · Cambridge Trust Co. | 1,000.00 |
| Check | 01/24/2014 | 103276 | GWEN TROST | 1025 · Cambridge Trust Co. | 1,000.00 |
| Check | 01/31/2014 | 103310 | GWEN TROST | 1025 · Cambridge Trust Co. | 1,000.00 |
| Check | 02/07/2014 | 103322 | GWEN TROST | 1025 · Cambridge Trust Co. | 1,000.00 |
| Check | 02/14/2014 | 103330 | GWEN TROST | 1025 · Cambridge Trust Co. | 1,000.00 |
| Check | 02/21/2014 | 103332 | GWEN TROST | 1025 · Cambridge Trust Co. | 1,000.00 |
| Check | 04/18/2014 | 2198 | GWEN TROST | 1010 · Bank of America | 500.00 |
| Check | 04/24/2014 | 103370 | GWEN TROST | 1025 · Cambridge Trust Co. | 500.00 |
| Check | 02/26/2014 | 103253 | GWEN TROST | 1025 · Cambridge Trust Co. | 1,000.00 |
| Check | 12/04/2014 | 2597 | GWEN TROST | 1010 · Bank of America | 3,390.00 |
| Check | 11/24/2014 | | GWEN TROST | 1010 · Bank of America | 1,500.00 |
| Check | 12/01/2014 | | GWEN TROST | 1010 · Bank of America | 1,500.00 |
| Check | 12/08/2014 | | GWEN TROST | 1010 · Bank of America | 1,500.00 |
| Check | 12/15/2014 | | GWEN TROST | 1010 · Bank of America | 1,500.00 |
| **Jan - Dec 14** | | | | | **32,990.00** |

# United States Bankruptcy Court
## District of Massachusetts

In re   **Sandrine's Limited Liability Company**                                    Case No. _____

                                                          Debtor

                                                                           Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Amy Nomejko**<br>**247 Strawberry Hill Road**<br>**Centerville, MA 02632** | | **49%** | **Membership** |
| **Gwyneth B. Trost**<br>**29 Oliver Road**<br>**Belmont, MA 02478** | | **51%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**December 10, 2014**_____          Signature_____

                                                          **Gwyneth B. Trost**
                                                          **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

_0_   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### District of Massachusetts

In re  <u>Sandrine's Limited Liability Company</u>                Case No.  _____

                                    <u>Debtor(s)</u>        Chapter  <u>11</u>

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   <u>December 10, 2014</u>

                    _____
                    **Gwyneth B. Trost/Manager**
                    Signer/Title

A. Russo & Sons, Inc.
560 Pleasant Street
Watertown, MA 02472

Adelso Perez
301 Bennington Street
East Boston, MA 02128

Alan M. Cohen, Esq.
Law Offices of Alan M. Cohen LLC
550 Worcester Road
Framingham, MA 01702

Alfred Ross
150 Elm Street
South Dartmouth, MA 02748

Alicia M. Bissanti
27 Shawmut Ave #3
Weymouth, MA 02189

Alma Lee Carpenter
9 Lowell Road
Wellesley Hills, MA 02481

American Express
P.O. Box 1270
Newark, NJ 07101-1270

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express Merchant Services
P.O. Box 981540
El Paso, TX 79998-1540

Amy F. Nomejko
247 Strawberry Hill
Centerville, MA 02632

Amy Nomejko
247 Strawberry Hill Road
Centerville, MA 02632

Andrea Noble
1 Huntington Avenue #604
Boston, MA 02116

Antonio Estrada
5 Wellington Ave
Everett, MA 02149

Arrow Paper Corporation
228 Andover Street
Wilmington, MA 01887

Atlantic Charter Insurance Company
Lockbox 7842
PO Box 7247
Philadelphia, PA 19170-7842

Atlantic Importing Co.
101 Bishop Street
Framingham, MA 01702

Bank of America
P.O. Box 982238
El Paso, TX 79998-2238

Bato, Inc.
261 Newbury Street
Boston, MA 02116

Be Our Guest
24 Blue Hill Avenue
Boston, MA 02119

Boston Chef's Inc.
875 Main Street
Cambridge, MA 02139

Bottom-Line Bookkeeping
PO Box 727
West Hyannisport, MA 02672

Business Card
P.O. Box 15796
Wilmington, DE 19886-5796

Business Financial Services
3301 North University Drive, Suite 300
Pompano Beach, FL 33065

Cambridge Trust Company
1336 Massachusetts Avenue
Cambridge, MA 02138

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Captain Marden's
279 Linden Street
Wellesley, MA 02482

Cardmember Service
P.O. Box 15153
Wilmington, DE 19886-5153

Carlos Valente
890 N Quincy Street
Brockton, MA 02302

Catering by Andrew
402 Harvard Street
Brookline, MA 02446

Chantal Rowat
17 Brook Street
Sherborn, MA 01770

Chase Card Services
P.O. Box 15298
Wilmington, DE 19850-5298

Checkmate Service Line
PO Box 41582
Providence, RI 02940

Christopher R. Prunty
75 Brainerd Road
Allston, MA 02134

Churchill Linen
PO Box 3247
Brockton, MA 02304-3247

Cindi Gil
260 Maverick Street
East Boston, MA 02128

City of Cambridge
Tax Collector
PO Box 399142
Cambridge, MA 02139-9142

Cohen, Cohen & Company
222 Lewis Wharf
Boston, MA 02110

Commonwealth of Massachusetts
Department of Unemployment Assistance
Legal Dept., 1st Floor, Attn: Chief Coun
19 Staniford Street
Boston, MA 02114-2502

Courtney Civitareale
151 Fourth Street
Medford, MA 02155

Craft Brewers Guild
170 Market Street
Everett, MA 02149

Dany A. Urrego
59 Bennington Street
Revere, MA 02151

David Kluchman
1984 Massachusetts Avenue
Lexington, MA 02421

Delta Beckwith
PO Box 33094
Newark, NJ 07188-0094

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0005

Dole & Bailey
PO Box 2405
Woburn, MA 01888

Ecolab
PO Box 905327
Charlotte, NC 28290-5327

Eric S. Kupperstein
Kupperstein & Kupperstein, P.C.
Lewis Wharf - Bay 222
Boston, MA 02110

Erick Posada
360 Revere Street
Revere, MA 02151

Eunice Cohen Marital Trust
c/o Leatherbee & Co.
1330 Boylston Street, Suite 609
Chestnut Hill, MA 02467

Euroguild dba Schaller & Webber of N.E.
397 High Plain Street
Walpole, MA 02081

Francisco Chavez
260 Maverick Street Apt. 3
Boston, MA 02128

Geoffrey Nunes
84 Brattle Street
Cambridge, MA 02138

Georgi K. Chalakov
120 Summer Street #9
Malden, MA 02148

Gerard Moufflet
75 Pickney Street
Boston, MA 02114

Giraldo Santiago
80 Webster Street
Boston, MA 02128

Gustavo A. Gomez
103 Everett Street #2
East Boston, MA 02128

Gwyneth B. Trost
29 Oliver Road
Belmont, MA 02478

Harpoon Brewery
306 Northern Ave
Boston, MA 02110

Harvard Magazine
7 Ware Street
Cambridge, MA 02138

Health Services Administrators (MBA)
PO Box 847001
Boston, MA 02284-7001

Heather Arcangeletti
345 Camp Street Apt. 603
West Yarmouth, MA 02673-2474

Henri Termeer
Genzyme
1 Kendall Square
Cambridge, MA 02138

Horizon Beverage Company
PO Box 1165
Norton, MA 02766

Iggy's Bread of the World
130 Fawcett Street
Cambridge, MA 02138

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Interstate Food Equipment
PO Box 114
Somerville, MA 02143

Israel Garcia
301 Bennington Street
East Boston, MA 02128

J & S Carpet Co.
765 Belmont Street
Belmont, MA 02478

James Tye
c/o United Liquors
P.O. Box 859219
Braintree, MA 02185-9219

Jared F. Chrislip, Esq.
Law Office of Javier F. Pico, P.C.
100 City Hall Plaza, Suite 202
Boston, MA 02108

Jason A. Webber
Nathanson & Goldberg
Two Atlantic Avenue, Fifth Floor
Boston, MA 02110

Jay Kannally
17 Noon Hill Avenue
Norfolk, MA 02056

Jean-Marie Vogel
c/o Pluromed Inc.
5 Oakmeadow Road
Lincoln, MA 01773

Jean-Marie Vogel 2001 Revocable Trust
Diana Chirita, Trustee
5 Oakmeadow Road
Lincoln, MA 01773

Jose Noe Garcia
174 Gove Street
Apt 3
East Boston, MA 02128

Juliana Lyman
29 Maple Street
Lexington, MA 02420

Lenox-Martell, Inc.
89 Heath Street
Boston, MA 02130-1402

Luis A. Zeleya
26 Highland Ave
Somerville, MA 02143

Mario Estrada Medina
143 Belmont Street
Everett, MA 02149

Marlin Business Bank (Marlin Leasing)
PO Box 13604
Philadelphia, PA 19101-3604

Martignetti Companies (United Liquors)
PO Box 859219
Braintree, MA 02185-9219

Marvin Gilmore
c/o Comm. Dev. Corp. of Boston
801 Albany Street
Boston, MA 02119

Massachusetts Department of Revenue
PO Box 7010
Boston, MA 02204

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Michael Evanisco
7 Wainwright Road #31
Winchester, MA 01890

Michael Tye
c/o Mark Kohler
535 Frances Street
Key West, FL 33040

Modern Pest
100 Pleasant Street
Brunswick, ME 04011-2207

Monseff Mekroud
40 Heather Street
Beverly, MA 01915

MS Walker
20 Third Ave
Somerville, MA 02143

Nashoba Brook Bakery
152 Commonwealth Avenue
Concord, MA 01742

Noble Hood
51 Ellington Road
Tewksbury, MA 01876

Northeast Cutlery
244 Ash Street
Reading, MA 01867

NSTAR Electric
PO Box 660369
Dallas, TX 75266-0369

NSTAR Gas
PO Box 660369
Dallas, TX 75266-0369

Office of Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108

Office of the General Counsel
Harvard University
Holyoke Center, Suite 980
1350 Massachusetts Avenue
Cambridge, MA 02138-3834

Open Table, Inc.
Payment Lockbox
PO Box 671198
Dallas, TX 75267-1198

Patrick M. Tomaz
455 East Broadway
Haverhill, MA 01830

Paul D'Allesandro
666 Main Street
Unit LV-1
Winchester, MA 01890

Paymentech
14221 Dallas Pkwy
Dallas, TX 75254

Peterson's Party Rental
36 Cabot Road
Woburn, MA 01801

Pierre Honneger
c/o La Voile
261 Newbury Street
Boston, MA 02116

President and Fellows of Harvard College
c/o Harvard Real Estate
Holyoke Center, Suite 800
1350 Massachusetts Avenue
Cambridge, MA 02138-3826

Purelyhosting
605 North High Street
Columbus, OH 43215

Ray and Nicole Stata
232 Fox Hill Road
Westwood, MA 02090

Raymond Ost
285 Great Road
Maynard, MA 01754

Reinhart Foodservice
225 John Hancock Road
Taunton, MA 02780

Rewards Network Establishment Services
2 North Riverside Plaza
Suite 200
Chicago, IL 60606

Robert Carpenter
18 Hallwood Road
Chestnut Hill, MA 02467

Robert Flynn
67 Abbott Road
Wellesley Hills, MA 02481

Robert Mulroy
173 Lewis Road
Belmont, MA 02478

Ronald Lopez
8 Barnes Avenue
East Boston, MA 02128

Ruby Wines
625 Bodwell Street Ext
Avon, MA 02322-1019

Sallop Insurance Agency
25 New Chardon Street
6th Floor
Boston, MA 02114

Sherman Hanke
10 Fernald Drive #31
Cambridge, MA 02138

Shirazi Distributing
Po Box 381959
Cambridge, MA 02238-1959

T.F. Kinnealey & Co., Inc.
P.O. Box 847191
Boston, MA 02284-7191

Thomas Meredith
59 Richfield Street
Dorchester, MA 02125

Travelers Insurance
PO Box 660317
Dallas, TX 75266

Trimark United East
PO Box 3505
South Attleboro, MA 02703-0057

Tripleseat Software
72 Junction Square Drive
West Concord, MA 01742

United States Attorney
John J. Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

Verizon
PO Box 15124
Albany, NY 12212-5124

Verizon Wireless
PO Box 15062
Albany, NY 12212-5062

Victoria N. Bishop
10 Curtis Drive
Plymouth, MA 02360

VPNE Parking Solutions
ATTN: University Place Garage
PO Box 171383
Boston, MA 02117

# United States Bankruptcy Court
## District of Massachusetts

In re    **Sandrine's Limited Liability Company**

         Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Sandrine's Limited Liability Company**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_December 10, 2014_____

Date

Alex F. Mattera

Signature of Attorney or Litigant

Counsel for   **Sandrine's Limited Liability Company**

**Demeo LLP**
**200 State St.**
**Boston, MA 02109**
**617-263-2600**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In re

    SANDRINE'S LIMITED LIABILITY
COMPANY,

              Debtor.

Chapter 11
Case No. 14-_____

## DECLARATION RE: ELECTRONIC FILING

PART 1 - DECLARATION

    I, Gwyneth B. Trost, hereby declare *under penalty of perjury* that all of the information contained in the Petition and related documents (singly or jointly the "Document"), filed electronically concurrently herewith, is true and correct.  I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document.  I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

    I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:  December 10, 2014           _____
                                Gwyneth B. Trost

PART II - DECLARATION OF ATTORNEY

    I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order.  This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011.  I have reviewed and will comply with the provisions of MEFR 7.

Dated:  December 10, 2014           _____
                                Alex F. Mattera

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In re

SANDRINE'S LIMITED LIABILITY
COMPANY,

Debtor.

Chapter 11
Case No. 14-_____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Gwyneth B. Trost, declare under penalty of perjury that I am the majority membership interest holder and Manager of Sandrine's Limited Liability Company (the "Company"), and that the following is a true and correct copy of the resolutions adopted by the membership of said Company at a special meeting duly called and held on the 10th day of December, 2014:

"VOTED:  that in the judgment of the membership, it is desirable and in the best interests of this Company, its creditors, membership and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11, title 11 of the United States Code; and

VOTED:  that Gwyneth B. Trost, Manager, be, and she hereby is, authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents and to take any and all action which he deems necessary or proper to obtain such relief; and

VOTED:  that Gwyneth B. Trost, Manager, be, and she hereby is, authorized and directed to employ the law firm of Demeo, LLP, as general bankruptcy counsel to the Company (and such other counsel as may be necessary to represent the Company outside of the Commonwealth of Massachusetts) to represent and assist the Company in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Company's rights, and in connection therewith, Ms. Trost is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Demeo, LLP, and other necessary counsel; and

VOTED:  that Gwyneth B. Trost, Manager, be, and she hereby is, authorized and empowered for, in the name of, and on behalf of the company to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his

discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

VOTED:    that all of the acts and transactions of the management and membership of the Company in the name and behalf of the Company and relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified; and

VOTED:    that Gwyneth B. Trost, Manager, be, and she hereby is, authorized, empowered and directed to file these minutes with the books of the Company and to certify to the contents hereof as being in all respects duly adopted."

Date:  December 10, 2014            Signed _____
                                            Gwyneth B. Trost
                                            Manager

2