# UNITED STATES BANKRUPTCY COURT DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Sandrine's Limited Liability Company   **Case Number:** 14-15702   **Ch:** 11

**Matter:**
#4 Motion of Debtor for Entry of an Order Authorizing (A) Private Sale of Substantially All Assets Free and Clear of Liens, Claims, Interests and Encumbrances; and (B) Assumption and Assignment of Certain Executory Contracts (A. Mattera)
#63 Notice of Classic Restaurant Concepts, LLC of Overbid (G. Cruickshank)
#64 Objection of Cambridge Trust Company (C. Panos)
#66 Objection of The President And Fellows Of Harvard College (M.Goldberg)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

____ Granted ____ Denied ____ Approved ____ Sustained

____ Denied ____ Denied without prejudice ____ Withdrawn in open court ____ Overruled

____ OSC enforced/released

____ Continued to: _____ For: _____.

____ Formal order/stipulation to be submitted by: _____ Date due: _____.

____ Findings and conclusions dictated at close of hearing incorporated by reference

____ Taken under advisement: Brief(s) due: _____ From _____.

Response(s) due: _____ From _____.

____ Fees allowed in the amount of: $ _____ Expenses of: $ _____.

____ No appearance/response by: _____.

____ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. After a sealed bid process, it was determined that the highest and best bid was that of Classic Restaurant Concepts, LLC in the amount of $776,000. The motion to sell is granted and the Debtor-in-Possession is hereby authorized to sell the asset. In the event Classic Restaurant Concepts, LLC cannot perform under its offer, the Debtor-in-Possession is hereby authorized to sell to the second highest bidder, namely La Voile Restaurant in the amount of $480,000. The Debtor-in-Possession shall submit an agreed upon proposed order in a word processing format to wch@mab.uscourts.gov by the close of business on February 3, 2015.

IT IS SO NOTED:                IT IS SO ORDERED:

_(signature: William C. Hillman)_  Dated: 01/29/2015

_____              _____
Courtroom Deputy                William C. Hillman, U.S. Bankruptcy Judge