Sandrine's Limited Liability 14-15702-WCH
Corp

Classic Restaurant Concepts, LLC
bids the following amount ($776,000-)
for the purchase of all assets
articulated in a document entitled
"Liquor License and Lease Purchase
Agreement" filed with this Court on
December 10, 2014 as Exhibit A - 8 pages
Doc - 4 - 1 Except for Paragraph 14

[signature]
William Goodwin
Authorized representative
of Classic Restaurant
Concepts LLC

FILED IN OPEN COURT
1,29,14 AT 10:45
U.S. BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
KB
DEPUTY CLERK