UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

In re

SANDRINE'S LIMITED LIABILITY COMPANY,

Debtor.

Chapter 11
Case No. 14-15702-WCH

## CERTIFICATE OF SERVICE

I, Alex F. Mattera, hereby certify that, on this 29th day of January 2015, I caused to be served a copy of the *Notice of Final Hearing (Continued) Re: [3] Debtor's Motion for Entry of Order* to all appearing on the attached Service List via first-class mail, postage-prepaid, unless electronically served by the Court as indicated thereon.

/s/  Alex F. Mattera
Alex F. Mattera, BBO No. 641760
Demeo, LLP
200 State Street
Boston, MA  02109
Telephone:  (617) 263-2600
Facsimile:  (617) 263-2300
Email:      AMattera@DemeoLLP.com

**SERVICE LIST**

| | |
|---|---|
| Paul W. Carey<br>Mirick, O'Connell, DeMallie &<br>Lougee, LLP.<br>100 Front St.<br>Worcester, MA 01608<br>*(Electronically served by the Court)* | Alan M. Cohen<br>Law Offices of Alan M. Cohen LLC<br>550 Worcester Road<br>Framingham, MA 01702<br>*(Electronically served by the Court)* |
| Gary W. Cruickshank<br>Law Office of Gary W. Cruickshank<br>21 Custom House Street<br>Suite 920<br>Boston, MA 02110<br>*(Electronically served by the Court)* | John Fitzgerald<br>Office of the US Trustee<br>J.W. McCormack Post Office &<br>Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109<br>*(Electronically served by the Court)* |
| Michael J. Goldberg<br>Casner & Edwards, LLP<br>303 Congress Street<br>Boston, MA 02210<br>*(Electronically served by the Court)* | Jennifer L. Hertz<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>5 Post Office Square, Suite 1000<br>Boston, MA 02109<br>*(Electronically served by the Court)* |
| Christopher J. Panos<br>Partridge Snow & Hahn LLP<br>30 Federal Street<br>Boston, MA 02110<br>*(Electronically served by the Court)* | American Express<br>PO Box 1270<br>Newark, NJ 07101-1270 |
| Bottom-Line Bookkeeping<br>PO Box 727<br>West Hyannisport, MA 02672 | Business Card<br>PO Box 15796<br>Wilmington, DE 19886-5796 |
| Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Massachusetts Department of Revenue<br>PO Box 7010<br>Boston, MA 02204 |
| T.F. Kinnealey & Co., Inc.<br>PO Box 847191<br>Boston, MA 02284-7191 | Travelers Insurance<br>PO Box 660317<br>Dallas, TX 75266 |
| Trimark United East<br>PO Box 3505<br>South Attleboro, MA 02703-0057 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114-9564

American Express Merchant Services
PO Box 981540
El Paso, TX 79998-1540

Marlin Business Bank (Marlin Leasing)
PO Box 13604
Philadelphia, PA 19101-3604

Cambridge Trust Company
1336 Massachusetts Avenue
Cambridge, MA 02138

Rewards Network Establishment Services
2 North Riverside Plaza, Suite 200
Chicago, IL 60606

A. Russo & Sons, Inc.
560 Pleasant Street
Watertown, MA 02472

Bato, Inc.
261 Newbury Street
Boston, MA 02116

Captain Marden's
279 Linden Street
Wellesley, MA 02482

Chantal Rowat
17 Brook Street
Sherborn, MA 01770

Cohen, Cohen & Company
222 Lewis Wharf
Boston, MA 02110

Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0005

J & S Carpet Co.
765 Belmont Street
Belmont, MA 02478

Paymentech
14221 Dallas Pkwy
Dallas, TX 75254

Pierre Honneger
c/o La Voile
261 Newbury Street
Boston, MA 02116

Raymond Ost
285 Great Road
Maynard, MA 01754

Reinhart Foodservice
225 John Hancock Road
Taunton, MA 02780

Sallop Insurance Agency
25 New Chardon Street, 6th Floor
Boston, MA 02114

Gwyneth B. Trost
8 Holyoke Street
Cambridge, MA 02138

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| In re<br><br>    SANDRINE'S LIMITED<br>    LIABILITY COMPANY,<br><br>                Debtor. | Chapter 11<br>Case No. 14-15702-WCH |

**NOTICE OF FINAL HEARING (CONTINUED)**

NOTICE is hereby given that the Final Hearing to consider entry of the Final Order and final approval of the DIP Facility is scheduled for **Wednesday, February 11, 2015 at 9:30 a.m.** before the Honorable William C. Hillman, United States Bankruptcy Judge, at the United States Bankruptcy Court, John W. McCormack Post Office and Court House, 5 Post Office Square, Suite 1150, Boston, MA 02109.

                                                  /s/  Alex F. Mattera
                                                  Alex F. Mattera, BBO No. 641760
                                                  Demeo, LLP
                                                  200 State Street
                                                  Boston, MA  02109
                                                  Telephone: (617) 263-2600
                                                  Facsimile:  (617) 263-2300
                                                  Email:      AMattera@DemeoLLP.com

Dated:  January 29, 2015