# UNITED STATES BANKRUPTCY COURT DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Sandrine's Limited Liability Company   **Case Number:** 14-15702   **Ch:** 11

**Matter:**
Final Hearing: #3 Motion of Debtor for Entry of Order: (I) Authorizing Debtor to Obtain Post Petition Financing; (II) Granting Liens, Security Interests and Super Priority Status (A. Mattera)
#62 Limited Opposition of Cambridge Trust Company (C. Panos)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

____Granted ____Denied ____Approved ____Sustained

____Denied ____Denied without prejudice ____Withdrawn in open court ____Overruled

____OSC enforced/released

____Continued to: _____ For: _____.

____Formal order/stipulation to be submitted by: _____ Date due: _____.

____Findings and conclusions dictated at close of hearing incorporated by reference

____Taken under advisement: Brief(s) due: _____ From _____.

Response(s) due: _____ From _____.

____Fees allowed in the amount of: $ _____ Expenses of: $ _____.

____No appearance/response by: _____.

____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held. Granted. Debtor's counsel shall submit a proposed order in a word processing format to wch@mab.uscourts.gov by the close of business on February 16, 2015.

IT IS SO NOTED:                     IT IS SO ORDERED:

_____           /s/ William C. Hillman _____ Dated: 02/11/2015
Courtroom Deputy                    William C. Hillman, U.S. Bankruptcy Judge